JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JANE CALDWELL,<br><br>   Plaintiff,<br><br> v.<br><br>IC SYSTEMS, INC.,<br><br>   Defendant | Case No.: CV 09-07942-GAF (RZx)<br><br>ORDER ENTERING JUDGMENT |

On January, 6, 2010, Plaintiff, JANE CALDWELL, presented a Motion for Default Judgment against Defendant, IC SYSTEMS, INC. (Defendant). This court awards judgment in favor of Plaintiff, JANE CALDWELL, awards $1000 as damages and $2,234.60 as attorneys' fees and $350.00 in costs for a total award of $3,584.60.

**IT IS ORDERED**

Dated: March 19, 2010

                _____
                Honorable Gary Allen Feess
                United States District Judge